UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ARTHUR J. LONG, )
)
Plaintiff, )
)
v. ) 2:15-cv-00291-JAW
)
BRENT D. ABBOTT, )
)
Defendant. )

**VERDICT FORM**

1. Has Arthur Long proven by a preponderance of the evidence that Officer Abbott lacked probable cause to arrest him for failing or refusing to identify himself, in violation of his federal constitutional rights?

    YES_____          NO__✓__

**Proceed to Question #2.**

2. Has Arthur Long proven by a preponderance of the evidence that Officer Abbott searched him without probable cause to arrest him?

    YES_____          NO__✓__

**Proceed to Question #3.**

3. Has Arthur Long proven by a preponderance of the evidence that Officer Abbott used excessive force against him in connection with his arrest, in violation of his federal constitutional rights?

    YES_____          NO__✓__

**If you answered "Yes" to either Question #1, Question #2, or Question #3, proceed to Question #4. Otherwise, answer no further questions, and sign and date the form.**

1

4.  What amount is Plaintiff entitled to recover as compensatory damages?

    $_____

Dated: 5/31/2017                    _____
                                         Jury Foreperson

2